**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION**

**UNITED STATES OF AMERICA,**

v.    Case No. 7:12-CR-46 (HL)

**CHARLIE COLEMAN,**

      Defendant.

**ORDER**

This case is before the Court on Defendant's Motion to Suppress (Doc. 23) and Amended Motion to Suppress (Doc. 26). A hearing on the motions was held on March 18, 2013. Based on the evidence presented at the hearing, the Court finds that there was reasonable suspicion sufficient to support the warrantless search of Defendant's residence on February 2, 2012. *See* United States v. Knights, 534 U.S. 112, 133 S.Ct. 587, 151 L.Ed.2d 497 (2001). The Motion to Suppress and Amended Motion to Suppress are both denied.

**SO ORDERED**, this the 18th day of March, 2013.

                        */s/ Hugh Lawson*
                        **HUGH LAWSON, SENIOR JUDGE**

mbh